

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 18 2020 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

KENO ALBERT TROTT,

               Petitioner,

-against-

KRISTOS TIRSITE TROTT,

               Respondent.

**Order to Show Cause**

Case No. 20-CV-1392 (AMD)(CLP)

ECF Case

Upon the Affirmation of Kathleen E. Gardner, sworn to on the 13th day of March, 2020, and upon the copy of the Verified Emergency Petition hereto attached, it is ORDERED, that the above-named respondent show cause before this Court, the Honorable Ann M. Donnelly at ~~Room___, United States Courthouse for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, 11201~~ via the following telephone conference line — (888) 363-4734, Access Code 9057625, on March 26, 2020, at 11:30 ~~o'clock~~ a.m., thereof or as soon thereafter as counsel may be heard, why an order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure:

    a) directing that TKI's and KMLT's names be entered into the national police computer system (N.C.I.C.) missing person section;

    b) directing the prompt return of TKI and KMLT to their habitual residence of Bermuda;

    c) directing that TKI and KMLT, together with the Respondent, be brought into this Court by the United States Marshal or a federal officer to show cause why TKI and KMLT have been kept from their Father;

    d) prohibiting the removal of TKI and KMLT from the jurisdiction of this Court;

    e) commanding the immediate surrender of the passports of the Respondent and TKI and KMLT to any United States Marshal or federal officer;

f) directing the Respondent to allow Father immediate private telephonic access to TKI and KMLT;

g) directing that, should the Children not be returned to Bermuda by April 28, 2020, that Father be permitted to liberally visit with his Children on the weekend of April 24-26, or May 1-3, 2020 for TKI's birthday;

h) directing the Respondent to pay the Petitioner's costs in this proceeding, including attorneys' fees and other expenses; and

i) any such further relief in favor of the Father as justice and its cause may require.

And it is further ORDERED that a copy of this order, together with the papers upon which it is granted, be personally served upon the Respondent or her attorney on or before March 23, 2020 and that such service be deemed good and sufficient. The petitioner must file a return proof of service within 24 hours of service.

Dated: Brooklyn, New York
       March 18, 2020

s/Ann M. Donnelly
_____
United States District Judge